UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD NATIONAL AND STATE PARKS DEPARTMENT, *et al*.,<br><br>    Defendants. | Case No. 17-cv-07197-SI<br><br>**ORDER DENYING DEFENDANT DEL NORTE COUNTY SHERIFF'S DEPARTMENT'S MOTION TO DISMISS AS MOOT; DIRECTING U.S. MARSHALS TO SERVE AMENDED COMPLAINT ON DEFENDANTS**<br><br>Re: Dkt. No. 13 |

On February 20, 2018, defendant Del Norte County Sheriff's Department filed a motion to dismiss the complaint. Plaintiff did not file an opposition, and instead filed an amended complaint. Accordingly, the Court DENIES defendant's motion to dismiss as moot.

The Court has granted plaintiff *in forma pauperis* status. Accordingly, the Court directs the U.S. Marshals to serve the amended complaint on all defendants.

The Court also advises plaintiff that assistance is available at the Northern District's Pro Se Help Desk (415-782-8982), and at http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED**.

Dated: March 12, 2018

                                            SUSAN ILLSTON
                                            United States District Judge