UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDWOOD NATIONAL AND STATE PARKS DEPARTMENT, *et al.*,<br><br>　　　　Defendants. | Case No. 17-cv-07197-SI<br><br>**ORDER RE: DOE DEFENDANTS** |

Plaintiff has contacted the Court's courtroom deputy, Ms. Kasamoto, requesting that the U.S. Marshal hold off on serving the amended complaint until plaintiff has identified the names of the Doe defendants. The Court informs plaintiff that service of the amended complaint on the named defendants is already underway, and that the Court finds that it is more efficient for the named defendants to be served at this time rather than to delay service until the Doe defendants have been identified.

The Court informs plaintiff that service may be ordered upon the eight "Doe" defendants once plaintiff has supplied the Court with their names and addresses. Plaintiff may inform the Court of the names and addresses in a letter, and need not file a second amended complaint.

Finally, the Court is in receipt of a letter that plaintiff mailed to the Court, which attached proposed summons for the named defendants. Plaintiff did not e-file that document. **Plaintiff is reminded that all documents that are sent to the Court must also be e-filed**.

**IT IS SO ORDERED**.

Dated: March 15, 2018

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge