UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PAUL,<br><br>    Plaintiffs,<br><br>v.<br><br>REDWOOD NATIONAL AND STATE PARKS,<br><br>    Defendants. | Case No. 17-cv-07197-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE TO AMEND PLEADINGS: October 19, 2018

FURTHER CASE MANAGEMENT: November 2, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 14, 2018.

DESIGNATION OF EXPERTS: January 11, 2019; REBUTTAL: January 25, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 15, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 22, 2019;
    Opp. Due: March 8, 2019; Reply Due: March 15, 2019;
    and set for hearing no later than March 29, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: May 14, 2019 at 3:30 PM.

JURY TRIAL DATE: May 28, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Mag-Judge Illman for settlement purposes of settlement.

By 6/15/18, plaintiff shall file a motion for leave to amend the complaint adding the two recently located sheriff's names.  Mr. Gower shall provide their addresses for purposes of service.

The parties have agreed to dismiss Del Norte County Sheriff's Dept. and Sheriff Apperson from this case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 6/4/18

SUSAN ILLSTON
United States District Judge

2