UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD NATIONAL AND STATE PARKS DEPARTMENT, *et al*.,<br><br>    Defendants. | Case No. 17-cv-07197-SI<br><br>**ORDER CONTINUING HEARING ON FEDERAL DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT TO SEPTEMBER 14, 2018 AT 10:00 A.M.**<br><br>Re: Dkt. No. 84 |

The federal defendants' partial motion to dismiss the second amended complaint is scheduled for a hearing on August 17, 2018. Plaintiff has filed an opposition to the motion. Although plaintiff opposes portions of defendants' motion, plaintiff's opposition concedes that certain defendants and claims should be dismissed, and he requests leave to amend.

Other defendants have filed motions to dismiss the second amended complaint, and the hearing on those motions is scheduled for September 14, 2018. The federal defendants' reply brief proposes that if the Court is inclined to grant plaintiff leave to amend his claims against the federal defendants, the Court set a deadline for amendment after the September 14, 2018 hearing.

The Court finds that it is in the interest of judicial efficiency to resolve the motions to dismiss at the same time and in a single order. Accordingly, the Court continues the federal defendants' motion to September 14, 2018.

**IT IS SO ORDERED**.

Dated: August 7, 2018

                                            SUSAN ILLSTON
                                            United States District Judge