UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD NATIONAL AND STATE PARKS DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 17-cv-07197-SI<br><br>**ORDER GRANTING COUNTY OF DEL NORTE'S UNOPPOSED MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 85 |

Defendant County of Del Norte has filed a motion to dismiss the second amended complaint. Defendant seeks to dismiss the claims that plaintiff has alleged against the County and defendant Justin Pearcey. In response, plaintiff has filed an "opposition" in which he states that he dismisses the County, Pearcey, and Does 1-5 from the second amended complaint.

Accordingly, the Court GRANTS defendant's unopposed motion to dismiss and DISMISSES plaintiff's claims against the County of Del Norte and Pearce without leave to amend. Does 1-5 are also dismissed from the second amended complaint.

The motions to dismiss the second amended complaint filed by the other defendants remain scheduled for a hearing on October 5, 2018.

**IT IS SO ORDERED**.

Dated: September 20, 2018

SUSAN ILLSTON
United States District Judge