UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM D. PAUL,

    Plaintiffs,

v.

National Park Ranger AARON MILLHENCH et al.,

    Defendants.

Case No. 17-cv-07197-SI  (SI)

**SECOND PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 29, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 29, 2019.

DESIGNATION OF EXPERTS: April 5, 2019; REBUTTAL: April 22, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 10, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 19, 2019;
    Opp. Due: May 31, 2019; Reply Due: June 7, 2019;
    and set for hearing no later than June 21, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: July 16, 2019 at 3:30 PM.

JURY TRIAL DATE: July 29, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 to 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Illman for settlement purposes. The settlement conference shall occur in the first ½ of March 2019.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/5/18

_____
SUSAN ILLSTON
United States District Judge

2