UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>   Plaintiffs,<br><br> v.<br><br>National Park Ranger AARON MILLHENCH et al.,<br><br>   Defendants. | Case No. 17-cv-07197-SI (SI)<br><br>**THIRD**<br>**PRETRIAL PREPARATION ORDER**<br>**(CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 7, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: June 28, 2019.

DESIGNATION OF EXPERTS: July 5, 2019; REBUTTAL: July 19, 2019;
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 9, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; August 16, 2019;
 Opp. Due: August 30, 2019; Reply Due: September 6, 2019;
 and set for hearing no later than September 20, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: October 1, 2019 at 3:30 PM.

JURY TRIAL DATE: October 15, 2019 at 8:30 AM.
 Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 to 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court reset the trial schedule as indicated above.

Plaintiff indicated that he is in the process of looking for an attorney to represent him.

Plaintiff will sign the medical record release form that has been sent to him.

Defense counsel shall provide Mr. Paul with the contact information for the court reporter who transcribed his deposition.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 4/8/19

_____
SUSAN ILLSTON
United States District Judge