UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM D. PAUL,

    Plaintiff,

v.

AARON MILLHENCH, *et al*.,

    Defendants.

Case No. 17-cv-07197-SI

**ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF PRO BONO COUNSEL AND REFERRING CASE TO FEDERAL PRO BONO PROJECT**

Re: Dkt. No. 125

Plaintiff has filed a motion requesting appointment of counsel. Dkt. No. 125. Plaintiff states that he has been unable to find a lawyer who will represent him, and that he has a brain disorder that makes it difficult for him to represent himself in this lawsuit. The Court previously granted plaintiff's application to proceed *in forma pauperis*.

The Court GRANTS plaintiff's motion and REFERS this case to the Federal Pro Bono Project for appointment of counsel for full-scope representation for the remainder of this case.

**IT IS SO ORDERED**.

Dated: July 10, 2019

                      SUSAN ILLSTON
                      United States District Judge