UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>    Plaintiff,<br><br>v.<br><br>AARON MILLHENCH, *et al*.,<br><br>    Defendants. | Case No. 17-cv-07197-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS FOR TEMPORARY STAY AND EXTENSION OF TIME TO FILE OPPOSITIONS; VACATING SEPTEMBER 12, 2019 HEARING; SETTING CASE MANAGEMENT CONFERENCE FOR SEPTEMBER 18, 2019 AT 11:00 AM**<br><br>Re: Dkt. No. 130, 131 |

Plaintiff has filed several motions requesting a stay of this case until counsel can be located to represent him and also requesting an extension of time to file oppositions to defendants' pending motions for summary judgment.

In an order filed July 10, 2019, the Court granted plaintiff's motion for appointment of pro bono counsel and referred this case to the Federal Pro Bono Project. To date, the Project has been unable to locate counsel who can represent plaintiff. However, the Supervising Attorney of the Federal Pro Bono Project has advised the Court that the Project is still attempting to find counsel and that it may be able to do so within the next several weeks.

Accordingly, the Court GRANTS plaintiff's motion for a stay and STAYS this case until **September 18, 2019**. The Court will hold a case management conference on **September 18, 2019 at 11:00 am** to set a schedule for the remainder of the case.

**IT IS SO ORDERED**.

Dated: August 26, 2019

_____
SUSAN ILLSTON
United States District Judge