1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

WILLIAM D. PAUL,

Case No. 17-cv-07197-SI

8

        Plaintiff,

9

   v.

10

AARON MILLHENCH, *et al*.,

11

        Defendants.

**ORDER APPOINTING COUNSEL;
VACATING PRETRIAL SCHEDULE;
SETTING STATUS CONFERENCE
FOR NOVEMBER 1, 2019 AT 3:00 PM;
STAYING CASE UNTIL NOVEMBER 1**

12
13
14
15

      Because the plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Steven N. Williams of Saveri Law Firm is hereby appointed as counsel for plaintiff in this matter.

16
17

      The scope of this referral shall be for:

18

      ☒   all purposes for the duration of the case

19

      ☐   the limited purpose of representing the litigant in the course of

20

            ☐   mediation

21

            ☐   early neutral evaluation

22

            ☐   settlement conference

23
24

            ☐   briefing  ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

25
26

_____

27

            ☐   discovery as follows:

28

_____

_____

☐    other:

_____

_____

The Court VACATES the September 18, 2019 case management conference, the October 1, 2019 pretrial conference and the October 15, 2019 trial date. The Court schedules a case management conference for **November 1, 2019 at 3:00 p.m.** All proceedings in this action are hereby STAYED until November 1. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

     **IT IS SO ORDERED**.

Dated: October 28, 2019                                   _____
                                       SUSAN ILLSTON
                                       United States District Judge

United States District Court
Northern District of California

2