UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>        Plaintiffs,<br><br>   v.<br><br>National Park Ranger AARON MILLHENCH et al.,<br><br>        Defendants. | Case No. 17-cv-07197-SI (SI)<br><br>**FOURTH**<br>**PRETRIAL PREPARATION ORDER**<br>**(CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS **SHALL** be filed by; January 3, 2020;
    Opp. Due: January 17, 2020; Reply Due: January 31, 2020;
    and set for hearing no later than February 14, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 10, 2020 at 3:30 PM.

JURY TRIAL DATE: March 16, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 to 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By November 15, 2019, counsel shall inform the Court as to whether this case shall be referred to Magistrate-Judge Illman or another magistrate-judge for settlement conference. The settlement conference shall be held during the last two weeks of February.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 11/13/19

                                                                  Susan Illston

SUSAN ILLSTON
United States District Judge