UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON MILLHENCH, *et al*.,<br><br>    Defendants. | Case No. 17-cv-07197-SI<br><br>**SCHEDULING ORDER RE: SUMMARY JUDGMENT MOTIONS**<br><br>Re: Dkt. Nos. 127, 128 |

In an order filed January 15, 2020, the Court set a new schedule for briefing and argument on defendants' motions for summary judgment. Dkt. No. 150. In light of the fact that the pending motions were filed in August 2019, prior to the appointment of plaintiff's counsel and the limited reopening of discovery, the Court finds it appropriate to administratively terminate the pending motions. On or before **April 17, 2020**, defendants shall file new summary judgment motions. If defendants wish, they may simply renotice the earlier-filed summary judgment papers. Or, if defendants prefer, they may file new motions that incorporate the recent discovery. The remainder of the schedule set in Docket No. 150 remains unchanged.

**IT IS SO ORDERED**.

Dated: January 29, 2020

SUSAN ILLSTON
United States District Judge