UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PAUL,<br><br>    Plaintiff,<br><br>v.<br><br>AARON MILLHENCH, *et al*.,<br><br>    Defendants. | Case No. 17-cv-07197-SI<br><br>**ORDER RE: HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

Defendants' motions for summary judgment are scheduled for a hearing on August 7, 2020. The Court directs the parties to be prepared to address the following question: if the Court determines that it cannot grant summary judgment on the question of the legality of the *Terry* frisk (because the Court cannot conclude that there was reasonable suspicion to believe that plaintiff was armed and dangerous), what are the implications, if any, for the remainder of plaintiff's claims?

**IT IS SO ORDERED**.

Dated: August 4, 2020

_____
SUSAN ILLSTON
United States District Judge